JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOO YONG KONG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY; BANK OF AMERICA, NATIONAL ASSOCIATION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; TD BANK, NATIONAL ASSOCIATION; WELLS FARGO BANK, NATIONAL ASSOCIATION; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION, LLC,<br><br>　　　　Defendants. | Case No. 2:24-cv-02192-AB (KESx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　The Court has been advised that this action has been settled as to Plaintiff Woo Yong Kong ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant Experian").

　　The Court therefore **ORDERS** that the dispute between Plaintiff and Defendant Experian is hereby **DISMISSED** with prejudice, upon good cause shown within **60 days**. However, the parties may re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: September 16, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.